IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SANTA MONICA RENT CONTROL BOARD, an Agency of the City of Santa Monica,<br><br>    Plaintiff,<br><br>vs.<br><br>108 ALLSTON STREET LIMITED PARTNERSHIP, a California Limited Partnership, EDWARD SABETFARD, an individual, and Does 1 through 20,<br><br>    Defendants. | Case No. 2:16−cv−02860 BRO (MRWx)<br><br>ORDER TO REMAND ACTION TO LOS ANGELES SUPERIOR COURT<br><br>Honorable Beverly Reid O'Connell<br>Trial Date: None |

On May 25, 2016, Plaintiff SANTA MONICA RENT CONTROL BOARD and Defendants 108 ALLSTON STREET LIMITED PARTNERSHIP, a California Limited Partnership, and EDWARD SABETFARD, an individual (collectively, the "Parties") submitted a Stipulation to Remand to Los Angeles County Superior Court. Based on the Parties' stipulation and for good cause shown, this action is hereby remanded back to Los Angeles County Superior Court, with each party to bear its own fees and costs.

**IT IS HEREBY ORDERED**

Dated: May 31, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE